UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEOPLE FOR THE ETHICAL TREATMENT
OF ANIMALS, INC., *et al.*,

    *Plaintiffs*,

    v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, *et al.*,

    *Defendants*.

Civil Action No. 18-1886 (CRC)

## JOINT STATUS REPORT

Pursuant to this Court's February 6, 2019, Order, the Parties hereby provide the Court with this status report and proposed schedule.

1.     This Freedom of Information Act ("FOIA") relates to a Defendants' processing of sixteen FOIA requests that Plaintiffs submitted. *See* Compl. ¶¶ 36–91 (ECF No 1).

2.     Plaintiffs filed their Complaint on June 7, 2018, in the United States District Court for the Eastern District of Virginia. *See* Compl. On July 13, 2018, Defendants filed a Motion to Dismiss or Transfer and Sever, arguing that venue was not proper in the Eastern District of Virginia and also that Plaintiffs' various FOIA claims be severed for misjoinder. *See* Defs.' Mot. (ECF No. 4). Without entering an order on Defendants' Motion, the Eastern District of Virginia transferred the case to this Court. *See* Order (ECF No. 8).

3.     Since it was transferred to this Court, the Parties have been conferring about Plaintiffs' various requests and Defendants have been processing the requests. Presently, Defendants are nearly finished processing Plaintiffs' requests and have informed Plaintiffs that

they anticipate issuing their final response by April 26, 2019 (with an interim response issued on March 30, 2019).

    4.    Accordingly, the Parties have conferred and they request that the Court enter the following schedule:

        a.    Defendants will file their answer by March 28, 2019.

        b.    The Parties will file a joint status report on or before May 2, 2019, updating the Court on the status of Plaintiffs' FOIA requests and identifying what, if any, issues remain.

    5.    A Proposed Order accompanies this report.[1]

March 1, 2019

Respectfully submitted,
JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By:    */s/ Brian J. Field*
BRIAN J. FIELD (D.C. Bar #985577)
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

*Counsel for Defendant*

---

[1] In its February 6, 2019, Minute Order, this Court stated that this case "appears related to two other matters before this court involving the same parties and similarly subject matter: 17-cv-269 (on appeal) and 18-cv-887 (stayed pending appellate decision in 17-cv-269)." Min. Order (Feb. 6, 2019). Defendants take no position on whether these cases satisfy the related case requirements under Local Civil Rule 40.5(a)(3). Although each of these cases involves claims under FOIA that relate, in different ways, to the removal of information from an APHIS website, the Parties aver that the instant case does not raise the same legal issues as do the other two cases. Thus, the Parties maintain that the instant case should not be stayed pending appeal of 17-cv-0269. Unlike the instant case, the other cited cases raise claims under 5 U.S.C. § 552(a)(2)—FOIA's "reading room" provision. Among other differences, the instant case does not include any such claim and should proceed separately from the other cases to which the Court cites.

*/s/ Delcianna Winders*
DELCIANNA WINDERS (D.C. Bar No. 488056)
PETA Foundation
1536 16th Street N.W.
Washington, DC 20036
Tel: (202) 309-4697
Email: DelciannaW@petaf.org

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-1886 (CRC) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern these proceedings:

a. Defendants will file their answer by March 28, 2019.

b. The Parties will file a joint status report on or before May 2, 2019, updating the Court on the status of Plaintiffs' FOIA requests and identifying what, if any, issues remain.

**SO ORDERED**.

_____  
Date

_____  
United States District Judge