**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

PEOPLE FOR THE ETHICAL TREATMENT
OF ANIMALS, INC., *et al.*,

          *Plaintiffs*,

          v.

UNITED STATES DEPARTMENT OF
    AGRICULTURE, *et al.*,

          *Defendants*.

Civil Action No. 18-1886 (CRC)

---

## JOINT STATUS REPORT

      Pursuant to this Court's March 5, 2019, Order, the Parties hereby provide the Court with this status report.

      1.     This Freedom of Information Act ("FOIA") lawsuit relates to a Defendants' processing of sixteen FOIA requests that Plaintiffs submitted.  *See* Compl. ¶¶ 36–91 (ECF No 1).

      2.     On April 26, 2019, Defendants issued their final response to Plaintiffs' FOIA requests.  The Parties have conferred and respectfully request that the Court enter the following briefing schedule for dispositive motions practice:

      a.  Defendants will file the motion for summary judgment by July 2, 2019.

      b.  Plaintiffs will file their opposition and cross-motion for summary judgment by August 16, 2019.

      c.  Defendants will file their reply and opposition by September 16, 2019.

      d.  Plaintiffs will file their reply by October 7, 2019.

      3.     A Proposed Order accompanies this report.

May 2, 2019                              Respectfully submitted,

                                         JESSIE K. LIU
                                         D.C. Bar #472845
                                         United States Attorney

                                         DANIEL F. VAN HORN
                                         D.C. Bar #924092
                                         Chief, Civil Division

                        By:      */s/ Brian J. Field*
                                         BRIAN J. FIELD (D.C. Bar #985577)
                                         Assistant United States Attorney
                                         555 4th Street, N.W.
                                         Washington, D.C. 20530
                                         Tel: (202) 252-2551
                                         E-mail: Brian.Field@usdoj.gov

                                         *Counsel for Defendant*


                                         */s/ Delcianna Winders*
                                         DELCIANNA WINDERS (D.C. Bar No. 488056)
                                         PETA Foundation
                                         1536 16th Street N.W.
                                         Washington, DC 20036
                                         Tel: (202) 309-4697
                                         Email: DelciannaW@petaf.org

                                         *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-1886 (CRC) |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern dispositive motions in this matter:

    a.  Defendants will file the motion for summary judgment by July 2, 2019.

    b.  Plaintiffs will file their opposition and cross-motion for summary judgment by August 16, 2019.

    c.  Defendants will file their reply and opposition by September 16, 2019.

    d.  Plaintiffs will file their reply by October 7, 2019.

**SO ORDERED**.

_____
Date

_____
United States District Judge