# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-01886 (CRC) |

## NOTICE OF SUBSTITUTION

The Clerk of the Court will please enter the appearance of Jeffrey S. Kerr and remove the appearance of Delcianna Winders as counsel of record for Plaintiffs in the above-captioned case.

Dated: May 16, 2019

                Respectfully submitted,

                ___/s/ *Jeffrey S. Kerr*___
                JEFFREY S. KERR
                D.C. BAR # 420323
                Senior Vice President and General Counsel
                Foundation to Support Animal Protection
                1536 16th Street N.W.
                Washington, DC 20036
                Office Phone: (202) 540-2171
                Cell Phone: (757) 573-7382
                Fax: (202) 540-2208
                Email: JeffK@PETAF.org