UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> *Defendants*. | Civil Action No. 18-1886 (CRC) |

**DEFENDANTS' CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully request that the Court modify the briefing schedule that currently governs these proceedings. The Parties have conferred and Plaintiff consents to the relief requested in this Motion.

Good cause exists to grant this Motion:

1. This Freedom of Information Act ("FOIA") lawsuit relates to a Defendants' processing of sixteen FOIA requests that Plaintiffs submitted. *See* Compl. ¶¶ 36–91 (ECF No 1).

2. On May 7, 2019, the Court issued an Order setting the briefing schedule for the Parties' cross-motions for summary judgment. *See* Min. Order (May 7, 2019). Under that schedule, Defendants' motion for summary judgment is due by July 2, 2019. *See id.*

3. Since then, Defendants have been diligently working on their motion and also the supporting declaration. That process, however, remains ongoing and will not be completed in time to file Defendants' motion by July 2, 2019.

4. In particular, that process has been delayed by the press of other matters, where, in the past two months, the undersigned Assistant United States Attorney ("AUSA") has filed a dozen

dispositive motions (or replies), dozens of joint status reports, and numerous miscellaneous motions, while also managing extensive discovery obligations.  The undersigned is also working diligently on this case, along with several others with deadlines over the next month, including ten dispositive motions (or replies), three D.C. Circuit briefs, and eleven joint status reports.  Another matter that the undersigned AUSA is handling is now proceeding on an accelerated discovery schedule, which has required him to be in depositions for nearly all of this week.  Additionally, the undersigned AUSA was recently assigned to handle a case with a motions hearing scheduled for July 8 where the previously assigned AUSA is retiring at the end of June.  As that case is several years old, the undersigned will also need to review the entire record over the next two weeks.  Finally, the undersigned AUSA will be out of the office for the week of July 29, 2019.

5. To allow Defendants adequate time to prepare their summary judgment motion, Defendants respectfully request that the Court enter the accompanying Proposed Order, which modifies the existing briefing schedule as follows:[1]

a. Defendants will file the motion for summary judgment by August 9, 2019.

b. Plaintiffs will file their opposition and cross-motion for summary judgment by September 23, 2019.

c. Defendants will file their reply and opposition by October 24, 2019.

d. Plaintiffs will file their reply by November 14, 2019.

---

[1] Defendants note that this additional will also allow the Parties additional time to confer about several issues.  First, the Parties are conferring about whether the issues remaining for summary judgment briefing can be narrowed.  Second, Plaintiffs have requested Defendants' position on consolidating this civil action with other civil actions currently pending before this Court.  Defendants are currently considering Plaintiffs' request.

|  |  |
|---|---|
| June 26, 2018 | Respectfully submitted,<br><br>JESSIE K. LIU<br>D.C. Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. BAR # 924092<br>Chief, Civil Division |
| By: | */s/ Brian J. Field*<br>BRIAN J. FIELD<br>D.C. BAR #985577<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2551<br>E-mail: Brian.Field@usdoj.gov<br><br>*Counsel for Defendants* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>            v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    *Defendants*. | Civil Action No. 18-1886 (CRC) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion to Modify Briefing Schedule, and the entire record herein, the briefing schedule governing this matter is modified as follows:

a. Defendants will file the motion for summary judgment by August 9, 2019.

b. Plaintiffs will file their opposition and cross-motion for summary judgment by September 23, 2019.

c. Defendants will file their reply and opposition by October 24, 2019.

d. Plaintiffs will file their reply by November 14, 2019.

**SO ORDERED**.

_____                                _____
Date                                                                              United States District Judge