UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) )   Civ No. 1:18-cv-1886-CRC |
| | ) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER

The similarity between the issues in this case and *People for the Ethical Treatment of Animals v. U.S. Dep't of Agric.*, No. 1:18-cv-00887-CRC (D.D.C.) ("*PETA II*"), together with the absence of any significant prejudice to either parties, persuade this Court that the benefits to judicial economy outweigh any hardship to the parties. Therefore, it is hereby

**ORDERED** that Plaintiffs' Unopposed Motion to Stay is GRANTED. It is further

**ORDERED** that briefing in this case is hereby stayed until *PETA II* reaches merits briefing or is dismissed.

Date: 8/6/19

CHRISTOPHER R. COOPER
United States District Judge